UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
FILED
June 26, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>v.                               )<br>                                 )<br>JOHN ORTIZ,                      )<br>                                 )<br>            Defendant.           )<br>_____) | CASE NUMBER: 2:15-cr-00124-JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>John Ortiz</u>; Case <u>2:15-cr-00124-JAM</u> from custody and for the following reasons:

- \_  Release on Personal Recognizance

- \_  Bail Posted in the Sum of _____

- <u>X</u>  Unsecured Appearance Bond in the amount of  $100,000.00; co-signed by Samona Jenkins

- \_  Appearance Bond with 10% Deposit

- \_  Appearance Bond in the amount of

- \_  Corporate Surety Bail Bond

- <u>X</u>  (Other) <u>Pretrial Supervision/Conditions; **defendant to be releasd on 7/12/2015 at 9:00 AM to the custody of Pretrial Services to attend Well Space treatment facility**</u>

Issued at  <u>Sacramento, CA</u>  on  ____<u>6/26/2015</u>____  at  _3:00 pm_.

By  _____
Kendall J. Newman
United States Magistrate Judge