**FILED**
June 30, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:15-cr-00124-JAM |
| Plaintiff, ) | |
| v. ) | **AMENDED** ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JOHN ORTIZ, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release John Ortiz; Case 2:15-cr-00124-JAM from custody and for the following reasons:

_  Release on Personal Recognizance

_  Bail Posted in the Sum of _____

X  Unsecured Appearance Bond in the amount of $100,000.00; co-signed by Samona Jenkins

_  Appearance Bond with 10% Deposit

_  Appearance Bond in the amount of

_  Corporate Surety Bail Bond

X  (Other) Pretrial Supervision/Conditions; **defendant to be released forthwith to the custody of Pretrial Services to attend Well Space treatment facility**

Issued at Sacramento, CA on 6/30/2015 at 9:00 AM

By _____
Kendall J. Newman
United States Magistrate Judge